UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

TAMESHIA F. HOLLOWAY                          Chapter 13
                                                     Case No. 22-50246

DEBTOR(S)

BEVERLY M. BURDEN                           PLAINTIFF
For the Bankruptcy Estate of
Tameshia F. Holloway

V.                                                                                  Adv. No. 24-

CARVANA, LLC                                            DEFENDANT

COMPLAINT WITH ATTACHED EXHIBITS

Comes the Trustee, Beverly Burden, by counsel, and for her complaint respectfully alleges as follows:

JURISDICTION AND VENUE

1. This is an adversary proceeding brought pursuant to FRBP Rule 7001 of Title 11 of the United States Code.

2. The jurisdiction of this case is based upon 28 U.S.C. 1334 in that it arises under Title 11 U.S.C..

3. This is a core proceeding under 28 U.S.C. 157 and specifically 11 U.S.C. 157(b)(2)(F).

4. Venue for this complaint is proper pursuant to 28 U.S.C. 1409.

5. This is an adversary complaint brought under 11 U.S.C. sections 105, 547, 550 and 551.

6. This proceeding is related to the bankruptcy case, In Re: Tameshia F. Hollow, Case No.: 22-50246, presently pending in the United States Bankruptcy Court for the Eastern District of Kentucky, Lexington, Kentucky.

7. The parties consent to entry of final orders or judgment by the Bankruptcy Court.

## PARTIES

8. Plaintiff Beverly Burden is the duly appointed Chapter 13 Trustee for Tameshia F. Holloway who filed her bankruptcy on March 23, 2022 in the Eastern District of Kentucky, Lexington, Kentucky.

9. Carvana, LLC ("Carvana") is the lender/creditor in this action. (POC No. 16).

10. Tameshia F. Holloway owns a 2018 GMC Terrain Vin Number 3GKALPEV0JL328651 which is the subject of this adversary.

## FACTUAL ALLEGATIONS

11. The Debtor filed her bankruptcy petition on March 23, 2022 in the Eastern District of Kentucky, Lexington, Kentucky.

12. On November 30, 2021, the Debtor entered into a Retail Installment Sale Contract with Carvana. (See POC No. 16).

13. Carvana did not perfect its interest in the subject 2018 GMC Terrain Vin Number 3GKALPEV0JL328651 until October 21, 2022 and after the filing of the debtor's bankruptcy petition. (Exhibit 1).

### I. PREFERENTIAL TRANSFER

14. Plaintiff incorporates all previous paragraphs.

15. The transfer of the Debtor's interest was for the benefit of a creditor, for or on an account of an antecedent debt owed by the Debtor before the transfer was made, while the Debtor was insolvent, within 90 days of the filing of the petition, to or for the benefit of the Defendant, a creditor, for or on account of an antecedent debt owed by the debtor before the transfer was made, the security interest was not perfected on or before 30 days after the debtor received possession of such property and enabled the creditor to receive more than such creditor would receive if the case were a case under chapter 7 of Title 11 United States Code, the transfer had not been made and the creditor received payment of its debt to the extent provided by the provisions of Title 11 U.S.C..

WHEREFORE, the Plaintiff prays the Court enter a judgment in favor of the Plaintiff against the Defendant as follows:

A. The Trustee's interest in the 2018 GMC Terrain Vin Number 3GKALPEV0JL328651 is superior to all others and that any interest defendant Carvana, LLC may have in the property described above is subordinate to the interest of the Trustee on behalf of the estate and that the claim of Carvana, LLC is unsecured.

B. That this Court order Defendant Carvana, LLC to issue and file a Termination Statement (UCC-3) with the County Clerk terminating any lien in the 2018 GMC Terrain Vin Number 3GKALPEV0JL328651.

C. That Plaintiff recover her costs, expenses, and be granted any other relief which she is entitled at law and in equity.

        Atkinson, Simms & Kermode PLLC
        1608 Harrodsburg Rd
        Lexington, Kentucky 40504
        (859) 225-1745 Telephone
        (859) 254-2012 FAX
        JDK@ASK-LAW.COM


        By:  /s/ J. D. Kermode
        J. D. KERMODE
        ATTORNEY FOR PLAINTIFF

# EXHIBIT 1

